_____



SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: April 6, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

DOUGLAS E. CLARK &                                   14-11347-NPO
SANDY L. CLARK

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court on Trustee's *Motion to Dismiss* (Dkt. #54) and the Court being advised that Debtor failed to timely file a response or cure the delinquency in plan payments.

IT IS THEREFORE ORDERED that Trustee's *Motion to Dismiss* (Dkt. #54) shall be and is hereby granted and this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com